IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
 ) Proceedings Under Chapter 13
AMY MICHELLE BARNETT, ) of the Bankruptcy Code
SSN: XXX-XX-7098 )
 ) Case No. _____
Debtor(s). )

## *EMPLOYEE INCOME RECORDS*

1. Copies of all payment advices (payroll studs) or other evidence of payment received within 60 days before the date of the filing of petition, by the debtor from any employer of the debtor:

   _____

   _____

2. Statement of the amount of monthly net income itemized to show how the amount is calculated:

   | Gross Monthly Income: | $1,844.00 |
   |---|---|
   | Payroll Taxes: | 149.00 |
   | Insurance: | 504.00 |
   | Mandatory Retirement: | 96.00 |
   | Flex Health Savings: | 84.00 |
   | Life Insurance: | 34.00 |
   | Net Monthly Income: | $ 977.00 |
   | Estimated Income Tax Refund: | 21.00 |
   | Estimated Net Income: | $ 998.00 |

3. Statement disclosing any reasonably anticipated increase in income or expenditures over the 12 month period following the date of the filing of the petition:

   None.

   _____

Case 19-00425-DSC13    Doc 7    Filed 02/01/19    Entered 02/01/19 16:34:08    Desc Main
Document      Page 1 of 5

# Quest Diagnostics

500 Plaza Drive
Secaucus, NJ 07094
1-877-783-7353

| Net Pay: | $519.16 |
|---|---|
| Pay Begin Date: | 11/11/2018 |
| Pay End Date: | 11/24/2018 |
| Check Date: | 11/30/2018 |

## EMPLOYEE DATA

Amy Michelle Barnett
4236 fieldstone way
Birmingham, AL  35215

| | |
|---|---|
| Employee ID: | 207193 |
| Pay Group: | ATS-ATLANTA-NE |
| Department: | 1410100-IOPs |
| Location: | 601 S 4Th St |
| Job Title: | Rep, PS I (Phleb) |
| Pay Rate: | $14.260000 Hourly |

## TAX DATA:

| | Federal | AL State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 3 | 4 |
| Addl. Amt: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 892.67 | 651.30 | 70.65 | 302.86 | 519.16 |
| YTD | 25,797.78 | 19,332.65 | 2,076.56 | 7,535.66 | 16,185.56 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Amount | YTD Amount |
|---|---|---|---|---|
| Holiday | 14.260000 | 8.00 | 114.08 | 680.32 |
| Regular Earnings | 14.260000 | 54.60 | 778.59 | 21,188.54 |
| RecognitionQuest MAR | | | 0.00 | 15.32 |
| Bereavement Non Exempt | | | 0.00 | 342.24 |
| Annual Incentive Plan | | | 0.00 | 433.74 |
| Inclement Weather Non Exempt | | | 0.00 | 186.20 |
| Overtime | | | 0.00 | 467.44 |
| Shift Differential 10% | | | 0.00 | 4.14 |
| TOP Scheduled-Non ex | | | 0.00 | 1,480.96 |
| TOP unsched Pd non ex | | | 0.00 | 493.12 |
| Tax Reform Bonus (Non Exempt) | | | 0.00 | 500.00 |
| Weekend Diff 10% | | | 0.00 | 5.76 |
| **TOTAL:** | | 62.60 | 892.67 | 25,797.78 |

## TAXES

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 0.00 | 27.53 |
| Fed MED/EE | 9.44 | 290.07 |
| Fed OASDI/EE | 40.38 | 1,240.30 |
| AL Withholdng | 2.98 | 315.06 |
| AL GADSDEN Withholdng | 17.85 | 203.60 |
| **TOTAL:** | 70.65 | 2,076.56 |

## BEFORE-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 217.23 | 5,213.52 |
| Dental | 9.14 | 219.36 |
| Vision Plan | 6.54 | 156.96 |
| HC-FSA | 38.46 | 923.07 |
| BFW Credit | -30.00 | -690.00 |
| 401(k) Plan | 0.00 | 672.22 |
| BFW Credit Retro | 0.00 | -30.00 |
| **TOTAL:** | 241.37 | 6,465.13 |

## AFTER-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Hospital Deduction | 10.65 | 255.60 |
| Supp Life/AD&D | 5.58 | 133.56 |
| SP/DP LIFE | 3.69 | 88.56 |
| STD Buy Up | 2.70 | 64.50 |
| LTD Buy Up | 3.60 | 85.98 |
| QuestBenefitPlus | 35.27 | 432.33 |
| RecQuest-GrossUp | 0.00 | 10.00 |
| **TOTAL:** | 61.49 | 1,070.53 |

## EMPLOYER PAID BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 306.15 | 7,347.60 |
| Dental | 9.13 | 219.12 |
| Basic Life | 2.62 | 62.52 |
| LTD | 2.90 | 69.24 |
| 401(k) Plan | 0.00 | 383.76 |
| *Taxable **TOTAL:** | 320.80 | 8,082.24 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007045363 | Checking | ******4822 | 519.16 |
| **TOTAL:** | | | 519.16 |

## TIME OFF SUMMARY

| | TOP | PR Vacation | Sick |
|---|---|---|---|
| Start Balance | 14.80 | 0.00 | 0.00 |
| + Earned | 114.65 | 0.00 | 0.00 |
| - Taken | 139.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | -9.56 | 0.00 | 0.00 |

**MESSAGE:**

© 2015 Quest Diagnostics Incorporated. All rights reserved. SC2K - 153266



## Care360®

**Quest Diagnostics**
500 Plaza Drive
Secaucus, NJ 07094
1-877-783-7353

| Net Pay: | $271.76 |
|---|---|
| Pay Begin Date: | 11/25/2018 |
| Pay End Date: | 12/08/2018 |
| Check Date: | 12/14/2018 |

### EMPLOYEE DATA

Amy Michelle Barnett
4236 fieldstone way
Birmingham, AL 35215

| | |
|---|---|
| Employee ID: | 207193 |
| Pay Group: | ATS-ATLANTA-NE |
| Department: | 1410100-IOPs |
| Location: | 601 S 4Th St |
| Job Title: | Rep, PS I (Phleb) |
| Pay Rate: | $14.260000 Hourly |

### TAX DATA:

| | Federal | AL State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 3 | 4 |
| Addl. Amt: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 655.96 | 384.58 | 42.55 | 341.65 | 271.76 |
| YTD | 26,453.74 | 19,717.23 | 2,119.11 | 7,877.31 | 16,457.32 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Amount | YTD Amount |
|---|---|---|---|---|
| Regular Earnings | 14.260000 | 46.00 | 655.96 | 21,844.50 |
| RecognitionQuest MAR | | | 0.00 | 15.32 |
| Bereavement Non Exempt | | | 0.00 | 342.24 |
| Annual Incentive Plan | | | 0.00 | 433.74 |
| Holiday | | | 0.00 | 680.32 |
| Inclement Weather Non Exempt | | | 0.00 | 186.20 |
| Overtime | | | 0.00 | 467.44 |
| Shift Differential 10% | | | 0.00 | 4.14 |
| TOP Scheduled-Non ex | | | 0.00 | 1,480.96 |
| TOP unsched Pd non ex | | | 0.00 | 493.12 |
| Tax Reform Bonus (Non Exempt) | | | 0.00 | 500.00 |
| Weekend Diff 10% | | | 0.00 | 5.76 |
| **TOTAL:** | | **46.00** | **655.96** | **26,453.74** |

### TAXES

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 0.00 | 27.53 |
| Fed MED/EE | 5.58 | 295.65 |
| Fed OASDI/EE | 23.85 | 1,264.15 |
| AL Withholdng | 0.00 | 315.06 |
| AL GADSDEN Withholdng | 13.12 | 216.72 |
| **TOTAL:** | **42.55** | **2,119.11** |

### BEFORE-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 217.23 | 5,430.75 |
| Dental | 9.14 | 228.50 |
| Vision Plan | 6.54 | 163.50 |
| HC-FSA | 38.47 | 961.54 |
| BFW Credit | 0.00 | -690.00 |
| 401(k) Plan | 0.00 | 672.22 |
| BFW Credit Retro | 0.00 | -30.00 |
| **TOTAL:** | **271.38** | **6,736.51** |

### AFTER-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Hospital Deduction | 10.65 | 266.25 |
| Supp Life/AD&D | 5.58 | 139.14 |
| SP/DP LIFE | 3.69 | 92.25 |
| STD Buy Up | 2.70 | 67.20 |
| LTD Buy Up | 3.60 | 89.58 |
| QuestBenefitPlus | 44.05 | 476.38 |
| RecQuest-GrossUp | 0.00 | 10.00 |
| **TOTAL:** | **70.27** | **1,140.80** |

### EMPLOYER PAID BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 306.15 | 7,653.75 |
| Dental | 9.13 | 228.25 |
| Basic Life | 2.62 | 65.14 |
| LTD | 2.90 | 72.14 |
| 401(k) Plan | 0.00 | 383.76 |
| *Taxable **TOTAL:** | **320.80** | **8,403.04** |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007086681 | Checking | ******4822 | 271.76 |
| **TOTAL:** | | | **271.76** |

### TIME OFF SUMMARY

| | TOP | PR Vacation | Sick |
|---|---|---|---|
| Start Balance | 14.80 | 0.00 | 0.00 |
| + Earned | 118.19 | 0.00 | 0.00 |
| - Taken | 139.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | **-6.02** | **0.00** | **0.00** |

MESSAGE:

© 2015 Quest Diagnostics Incorporated. All rights reserved. SC2K - 153296



Care360®

**Quest Diagnostics**

500 Plaza Drive
Secaucus NJ 07094
1-877-783-7353

| Net Pay: | $501.18 |
| --- | --- |
| Pay Begin Date: | 12/09/2018 |
| Pay End Date: | 12/22/2018 |
| Check Date: | 12/28/2018 |

## EMPLOYEE DATA

Amy Michelle Barnett
4236 fieldstone way
Birmingham AL 35215

| | |
| --- | --- |
| Employee ID: | 207193 |
| Pay Group: | ATS-ATLANTA-NE |
| Department: | 1410100-IOPs |
| Location: | 601 S 4Th St |
| Job Title: | Rep, PS I (Phleb) |
| Pay Rate: | $14.26 Hourly |

## TAX DATA:

| | Federal | AL State |
| --- | --- | --- |
| Marital Status: | Married | Married |
| Allowances: | 3 | 4 |
| Addl. Amt: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 851.32 | 0.00 | 68.50 | 281.64 | 501.18 |
| YTD | 27,305.06 | 20,357.18 | 2,187.61 | 8,158.95 | 16,958.50 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Amount | YTD Amount |
| --- | --- | --- | --- | --- |
| Bereavement Non Exempt | 14.260000 | 8.00 | 114.08 | 456.32 |
| Regular Earnings | 14.260000 | 51.70 | 737.24 | 22,581.74 |
| RecognitionQuest MAR | | | 0.00 | 15.32 |
| Annual Incentive Plan | | | 0.00 | 433.74 |
| Holiday | | | 0.00 | 680.32 |
| InclemNEX | | | 0.00 | 186.20 |
| Overtime | | | 0.00 | 467.44 |
| Shift Differential 10% | | | 0.00 | 4.14 |
| TOP Scheduled-Non ex | | | 0.00 | 1,480.96 |
| TOP unsched Pd non ex | | | 0.00 | 493.12 |
| Tax Reform | | | 0.00 | 500.00 |
| Weekend Diff 10% | | | 0.00 | 5.76 |
| **TOTAL:** | | 59.70 | 851.32 | 27,305.06 |

### TAXES

| Description | Amount | YTD Amount |
| --- | --- | --- |
| Fed MED/EE | 9.28 | 304.93 |
| Fed OASDI/EE | 39.67 | 1,303.82 |
| AL Withholdng | 2.52 | 317.58 |
| AL GADSDEN Withholdng | 17.03 | 233.75 |
| Fed Withholdng | 0.00 | 27.53 |
| **TOTAL:** | 68.50 | 2,187.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
| --- | --- | --- |
| Medical | 217.23 | 5,647.98 |
| Dental | 9.14 | 237.64 |
| Vision Plan | 6.54 | 170.04 |
| HC-FSA | 38.46 | 1,000.00 |
| BFW Credit | -30.00 | -720.00 |
| BFW Credit Retro | -30.00 | -60.00 |
| 401(k) Plan | 0.00 | 672.22 |
| **TOTAL:** | 211.37 | 6,947.88 |

### AFTER-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
| --- | --- | --- |
| Hospital Deduction | 10.65 | 276.90 |
| Supp Life/AD&D | 5.58 | 144.72 |
| SP/DP LIFE | 3.69 | 95.94 |
| STD Buy Up | 2.70 | 69.90 |
| LTD Buy Up | 3.60 | 93.18 |
| QuestBenefitPlus | 44.05 | 520.43 |
| RecQuest-GrossUp | 0.00 | 10.00 |
| **TOTAL:** | 70.27 | 1,211.07 |

### EMPLOYER PAID BENEFITS

| Description | Amount | YTD Amount |
| --- | --- | --- |
| Medical | 306.15 | 7,959.90 |
| Dental | 9.13 | 237.38 |
| Basic Life | 2.62 | 67.76 |
| LTD | 2.90 | 75.04 |
| 401(k) Plan | 0.00 | 383.76 |
| *Taxable **TOTAL:** | 320.80 | 8,723.84 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Check #000000004819173 | Issue Chk | | 501.18 |
| **TOTAL:** | | | 501.18 |

### TIME OFF SUMMARY

| | TOP | PR Vacation | Sick |
| --- | --- | --- | --- |
| Start Balance | 14.80 | 0.00 | 0.00 |
| + Earned | 122.78 | 0.00 | 0.00 |
| - Taken | 139.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | -1.43 | 0.00 | 0.00 |

**MESSAGE:**

© 2015 Quest Diagnostics Incorporated. All rights reserved. SC2K - 153296



Care360®

**Quest Diagnostics**
500 Plaza Drive
Secaucus, NJ 07094
1-877-783-7353

| Net Pay: | $336.37 |
|---|---|
| Pay Begin Date: | 12/23/2018 |
| Pay End Date: | 01/05/2019 |
| Check Date: | 01/11/2019 |

## EMPLOYEE DATA

Amy Michelle Barnett
4236 fieldstone way
Birmingham, AL  35215

| Employee ID: | 207193 |
|---|---|
| Pay Group: | ATS-ATLANTA-NE |
| Department: | 1410100-IOPs |
| Location: | 601 S 4Th St |
| Job Title: | Rep, PS I (Phleb) |
| Pay Rate: | $14.260000 Hourly |

| TAX DATA: | Federal | AL State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 3 | 4 |
| Addl. Amt: | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 590.37 | 453.06 | 47.83 | 206.17 | 336.37 |
| YTD | 590.37 | 453.06 | 47.83 | 206.17 | 336.37 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Amount | YTD Amount |
|---|---|---|---|---|
| Holiday | 14.260000 | 16.00 | 228.16 | 228.16 |
| Regular Earnings | 14.260000 | 25.40 | 362.21 | 362.21 |
| TOTAL: | | 41.40 | 590.37 | 590.37 |

### TAXES

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 6.83 | 6.83 |
| Fed OASDI/EE | 29.19 | 29.19 |
| AL Withholdng | 0.00 | 0.00 |
| AL GADSDEN Withholdng | 11.81 | 11.81 |
| TOTAL: | 47.83 | 47.83 |

### BEFORE-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 86.08 | 86.08 |
| Dental | 18.52 | 18.52 |
| Vision Plan | 6.54 | 6.54 |
| 401(k) Plan | 17.71 | 17.71 |
| HC-FSA | 38.46 | 38.46 |
| BFW Credit | -30.00 | -30.00 |
| TOTAL: | 137.31 | 137.31 |

### AFTER-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Hospital Deduction | 5.91 | 5.91 |
| Supp Life/AD&D | 8.91 | 8.91 |
| SP/DP LIFE | 3.69 | 3.69 |
| STD Buy Up | 2.70 | 2.70 |
| LTD Buy Up | 3.60 | 3.60 |
| QuestBenefitPlus | 44.05 | 44.05 |
| TOTAL: | 68.86 | 68.86 |

### EMPLOYER PAID BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 196.76 | 196.76 |
| Dental | 16.75 | 16.75 |
| Basic Life | 2.62 | 2.62 |
| LTD | 2.90 | 2.90 |
| 401(k) Plan | 17.71 | 17.71 |
| *Taxable TOTAL: | 236.74 | 236.74 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007170185 | Checking | ******4822 | 336.37 |
| TOTAL: | | | 336.37 |

### TIME OFF SUMMARY

|  | TOP | PR Vacation | Sick |
|---|---|---|---|
| Start Balance | 14.80 | 0.00 | 0.00 |
| + Earned | 125.96 | 0.00 | 0.00 |
| - Taken | 139.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| End Balance | 1.76 | 0.00 | 0.00 |

MESSAGE:

© 2015 Quest Diagnostics Incorporated. All rights reserved. SC2K - 153296