# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-00425-DSC-13 |
| AMY MICHELLE BARNETT, ) | |
| ) | |
| Debtor(s). ) | Chapter 13 |

## MOTION TO DISMISS

Now comes the Debtor, Amy Michelle Barnett, by and through her attorney of record, Daisy M. Holder, and moves this Honorable Court to dismiss the above-referenced Chapter 13 Case.

As cause for this motion, Debtor requested that case be dismissed.

PREMISES CONSIDERED, Debtor prays that this Honorable Court will dismiss said case without prejudice.

Respectfully submitted,

/s/ Daisy M. Holder

Daisy M. Holder
Attorney for Debtor

Daisy M. Holder
Attorney at Law
1625 Financial Center
505 20th Street North
Birmingham, Alabama 35203-2605
TELEPHONE: (205) 251-2334
FACSIMILE: (205) 328-8060

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Bradford W. Caraway, Trustee
> Chapter 13 Bankruptcy Cases
> Northern District of Alabama
> P.O. Box 10848
> Birmingham, AL 35202

and I hereby certify that on the 15th day of April, 2019, I served a copy of the foregoing pleading upon the person(s) listed below and on creditors listed on attached Matrix, by depositing a copy of the same in the United States mail, properly addressed and postage prepaid.

> Amy Michelle Barnett
> 4236 Fieldstone Way
> Birmingham, AL 35215

*/s/ Daisy M. Holder*
Daisy M. Holder
Attorney for Debtor

Daisy M. Holder
Attorney at Law
1625 Financial Center
505 20th Street North
Birmingham, Alabama 35203-2605
TELEPHONE: (205) 251-2334
FACSIMILE: (205) 328-8060
E-MAIL: holderesq@aol.com

Label Matrix for local noticing
1126-2
Case 19-00425-DSC13
NORTHERN DISTRICT OF ALABAMA
Birmingham
Wed Apr 10 09:22:56 CDT 2019

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

Attorney General
US Department of Justice
10th Street and Constitution Ave NW
Washington, DC 20202-0001

Birmingham Water Works
PO BOX 830110
Birmingham, AL 35283-0110

Callahan Eye Hospital
c/o Holloway Credit Solutions
PO Box 230609
Montgomery, AL 36123-0609

Cascade Capital LLC
c/o Phoenix Financial Services
8902 Otis Avenue, Ste 103A
Indianapolis, IN 46216-1009

Exeter Finance LLC
Attn: Bankruptcy Department
PO Box 166008
Irving, TX 75016-6008

Exeter Finance LLC
P.O. Box 167399
Irving, TX 75016-7399

PT ORTHODONTICS, P.C.
c/o HOLLOWAY CREDIT SOLUTIONS, LLC
PO BOX 230609
MONTGOMERY, AL 36123-0609

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
Cascade Capital LLC Series B
PO Box 788
Kirkland, WA 98083-0788

Sallie Mae
PO Box 9500
Wilkes-Barre, PA 18773-9500

UAB Hospital
PO Box 11407
Birmingham, AL 35246-0100

United States Attorney
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203-2101

W.S.Badcock Corporation
Post Office Box 724
Mulberry, FL 33860-0724

Amy Michelle Barnett
4236 Fieldstone Way
Birmingham, AL 35215-1216

(p)CHAPTER 13 STANDING TRUSTEE
ATTN BRADFORD W CARAWAY
PO BOX 10848
BIRMINGHAM AL 35202-0848

Daisy M. Holder
1625 Financial Ctr, 505 20th St N
Birmingham, AL 35203

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Westlake Financial Services 4751 Wilshire

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19